

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

October 14, 2021

**CLERK, US DISTRICT COURT**
500 Pearl Street, Room 120
New York, NY 10007-1312

Re:  Anthony Wroten

Your No:  21-cr-603
Our No:  MJ21-548-2

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated October 13, 2021, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Stefanie Prather,
Deputy Clerk

UNITED STATE DISTRICT COURT
For the WESTERN DISTRICT OF WASHINGTON
at Seattle

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY WROTEN,

    Defendant

Case No.: MJ21-548

WAIVER OF RULE 5(c)(3)(D) HEARING
and ORDER OF TRANSFER

## WAIVER OF RULE 5(c)(3)(D) HEARING

I, Anthony Wroten, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

    a) I acknowledge that I am the person named in an indictment, information, or Warrant pending in the U.S. District Court for the Southern District of New York;

    b) I waive my right to production of the warrant or of any other original paper Related to these charges or certified copies thereof;

    c) If I am entitled to a preliminary examination. I elect to have it conducted in the district where the prosecution is pending: and

1

d) I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending

Dated this **13th** day of **October**, 2021

_____  _____
Defense Counsel                              Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U.S. District Court for the Southern District of New York. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district.

If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

Dated this **13th** day of **October**, 2021

_____
United States Magistrate Judge

 

# United States District Court
*Western District of Washington*

---

UNITED STATES OF AMERICA,
vs.
**ANTHONY WROTEN**

# AMENDED APPEARANCE BOND
### CASE No: MJ21-548

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 120 New York, NY 10007-1312; *AS DIRECTED*, on Monday, October 25, 2021 at 9:00 AM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed below under 'Other Conditions'.
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services at United States Courthouse, 700 Stewart Street, Seattle, WA 98101.
- within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

**OTHER SPECIAL CONDITIONS:**
- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
- Travel is restricted to the Southern District of New York as required for legal matters and the Western District of Washington, or as directed by Pretrial Services.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court. The defendant is to surrender his enhanced driver's license to the Washington State Department of Licensing and obtain a regular driver's license.
- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.
- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.
- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
- **REMOVED ON 10/13/21** ~~Comply with all other court orders and terms of supervision.~~
- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) or witnesses in this case.
- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.
- **REMOVED ON 10/13/21** ~~You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.~~

ANTHONY WROTEN                                                                                          MJ21-548

- **ADDED ON 10/13/21** Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _/s/ Tony Wroten_____   October 13, 2021      Seattle, WA
Signature                  Date Signed            City, State

---

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

October 13, 2021                          _S. Kate Vaughan_____
Date Signed                               S. Kate Vaughan
                                          UNITED STATES MAGISTRATE JUDGE

cc: *Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*

 

# United States District Court
*Western District of Washington*

UNITED STATES OF AMERICA,
vs.
# ANTHONY WROTEN

# APPEARANCE BOND
## CASE No: MJ21-548

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the *United States Courthouse, 700 Stewart Street, Seattle, Washington; Courtroom 12B*, on Wednesday, October 13, 2021 at 10:00 AM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed below under 'Other Conditions'.
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services at United States Courthouse, 700 Stewart Street, Seattle, WA 98101.
- within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

**OTHER SPECIAL CONDITIONS:**
- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
- Travel is restricted to the Southern District of New York as required for legal matters and the Western District of Washington, or as directed by Pretrial Services.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court. The defendant is to surrender his enhanced driver's license to the Washington State Department of Licensing and obtain a regular driver's license.
- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.
- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.
- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
- Comply with all other court orders and terms of supervision.
- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) or witnesses in this case.
- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.
- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

ANTHONY WROTEN                                                                                      MJ21-548

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

| X _[signature]_ | **October 7, 2021** | **Seattle, WA** |
|---|---|---|
| Signature | Date Signed | City, State |

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**October 7, 2021**                                    _[signature]_
Date Signed                                            S. Kate Vaughan
                                                       UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*

Query    Reports    Utilities    Help    What's New    Log Out

BOND,CLOSED,PASSPORT

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CRIMINAL DOCKET FOR CASE #: 2:21-mj-00548-SKV All Defendants

Case title: USA v. Williams et al
Other court case number: 21-cr-603 Southern District of New York

Date Filed: 10/07/2021
Date Terminated: 10/13/2021

Assigned to: Hon. S. Kate Vaughan

**Defendant (1)**

**Terrence Williams**     represented by     **Nancy Tenney**
*TERMINATED: 10/07/2021*

FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)
1601 5TH AVE
STE 700 WESTLAKE CENTER OFFICE TOWER
SEATTLE, WA 98101
206-553-1100
Fax: 206-553-0120
Email: nancy_tenney@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**     **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**     **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**     **Disposition**

Conspiracy to Commit Health Care Fraud
and Wire Fraud - 18:1349
Aggravated Identity Theft -
18:1028A(a)(1) and 1028A(b) and 2

Assigned to: Hon. S. Kate Vaughan

### Defendant (2)

**Anthony Wroten**     represented by     **James Bible**
*TERMINATED: 10/13/2021*
                                    JAMES BIBLE LAW GROUP
                                    14205 SE 36TH STREET
                                    STE 100
                                    BELLEVUE, WA 98006
                                    425-519-3675
                                    Email: jbiblesblaw@gmail.com
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*
                                    *Designation: Retained*

**Pending Counts**                                        **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                   **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                              **Disposition**
Conspiracy to Commit Health Care Fraud
and Wire Fraud - 18:1349

### Plaintiff

**USA**                                              represented by     **Philip Kopczynski**
                                    US ATTORNEY'S OFFICE (SEA)
                                    700 STEWART ST
                                    STE 5220
                                    SEATTLE, WA 98101-1271
                                    206-553-7970
                                    Email: philip.kopczynski@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2021 | 1 | CHARGING DOCUMENT RECEIVED FROM the Southern District of New York as to Terrence Williams and Anthony Wroten. (SNP) (Entered: 10/07/2021) |
| 10/07/2021 | | Arrest of Terrence Williams and Anthony Wroten on 10/7/2021. (SNP) (Entered: 10/07/2021) |
| 10/07/2021 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Nancy Tenney for Terrence Williams. On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Hon. S. Kate Vaughan. *(No.pdf image attached)* (SNP) (Entered: 10/07/2021) |
| 10/07/2021 | 4 | Minute Entry for proceedings held before Hon. S. Kate Vaughan- CRD: *S. Prather*; AUSA: *Philip Kopczynski*; Def Cnsl: *Nancy Tenney*; PTS: *Erin O'Donnell*; Court Reporter: *Digital Recording*; Time of Hearing: *1:30PM*; Courtroom: *12B*; **INITIAL APPEARANCE AND DETENTION HEARING IN RULE 5(c)(3) PROCEEDINGS** as to Terrence Williams held on 10/7/2021. Defendant present in custody. Defendant advised of rights. Financial Affidavit reviewed. Counsel appointed. Defendant advised of charges and penalties in the Southern District of New York. Defendant waives Identity Hearing. Court signs Order of Transfer. Parties agree with PTS recommendation for release and discuss release conditions. For reasons stated on the record, defendant ORDERED released and placed on bond with special conditions. (SNP) (Entered: 10/07/2021) |
| 10/07/2021 | 5 | Appearance Bond Entered as to Terrence Williams (1) PR with PTS supervision and special conditions. (cc: PTS/USPO/USMO) (SNP) (Entered: 10/07/2021) |
| 10/07/2021 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the Southern District of New York as to Terrence Williams by Hon. S. Kate Vaughan. (cc: PTS, USMO) (SNP) (Entered: 10/07/2021) |
| 10/07/2021 | 7 | Minute Entry for proceedings held before Hon. S. Kate Vaughan- CRD: *S. Prather*; AUSA: *Philip Kopczynski*; Def Cnsl: *Corey Endo for Michael Nance*; PTS: *Erin O'Donnell*; Court Reporter: *Digital Recording*; Time of Hearing: *1:30PM*; Courtroom: *12B*; **INITIAL APPEARANCE AND DETENTION HEARING IN RULE 5(c)(3) PROCEEDINGS** as to Anthony Wroten held on 10/7/2021. Defendant present in custody. Defendant advised of rights. Counsel appointed for the purpose of this hearing only due to the defendant having retained counsel. Defendant advised of charges and penalties in the Southern District of New York. Court withholds signing Order of Transfer and sets Status Hearing. Parties discuss release conditions. For reasons stated on the record, defendant ORDERED released and placed on bond with special conditions.<br><br>**Bond Review and Rule 5 Status Hearing set for 10/13/2021 at 10:00 AM in Courtroom 12B before Hon. S. Kate Vaughan.** (SNP) (Entered: 10/07/2021) |

| | | |
|---|---|---|
| 10/07/2021 | 8 | Appearance Bond Entered as to Anthony Wroten (2) PR with PTS supervision and special conditions. (cc: PTS/USPO/USMO) (SNP) (Entered: 10/07/2021) |
| 10/07/2021 | 9 | LETTER to the Southern District of New York regarding Rule 5 Transfer as to defendant Terrence Williams. (SNP) (Entered: 10/07/2021) |
| 10/07/2021 | 12 | Receipt for Surrender of Passport as to Terrence Williams. Passport issued by the United States of America. (AQ) (Entered: 10/08/2021) |
| 10/07/2021 | 13 | Receipt for Surrender of Passport as to Anthony Wroten. Passport issued by the United States of America. (AQ) (Entered: 10/08/2021) |
| 10/13/2021 | 14 | Minute Entry for proceedings held before Hon. S. Kate Vaughan- CRD: *K. Peter*; AUSA: *Philip Kopczynski*; Def Cnsl: *James Bible*; PTS: *Erin O'Donnell*; Court Reporter: *Digital Recording*; Time of Hearing: *10:00am*; Courtroom: *12B*; **BOND REVIEW/RULE 5 STATUS HEARING** as to Anthony Wroten held on 10/13/2021. Limited appearance entered by James Bible for Anthony Wroten on behalf of defendant. Court reviews record. Defendant waives ID hearing. Court signs Order of Transfer. Parties address bond conditions. Defendant remains released on bond with conditions as amended today. (KMP) (Entered: 10/13/2021) |
| 10/13/2021 | 15 | Amended Appearance Bond Entered as to Anthony Wroten (2): Continued Release with amended conditions. (cc: PTS/USPO/USMO) (KMP) (Entered: 10/13/2021) |
| 10/13/2021 | 17 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to Southern District of New York as to Anthony Wroten by Hon. S. Kate Vaughan. (cc: PTS, USMO) (KMP) (Entered: 10/13/2021) |
| 10/14/2021 | 18 | LETTER to the Southern District of New York regarding Rule 5 Transfer as to defendant Anthony Wroten. (SNP) (Entered: 10/14/2021) |



# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

October 14, 2021

**CLERK, US DISTRICT COURT**
500 Pearl Street, Room 120
New York, NY 10007-1312

Re: Anthony Wroten

Your No: 21-cr-603
Our No: MJ21-548-2

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated October 13, 2021, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Stefanie Prather,
Deputy Clerk