

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2021

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Williams, et al.* 21 Cr. 603 (VEC)

Dear Judge Caproni:

    The Government writes pursuant to the Court's order dated October 7, 2021. After conferring with defense counsel, the Government writes to propose the following schedule for initial conferences in the above-captioned matter:

| | |
|---|---|
| October 26, at 10:00 A.M. | Shannon Brown, Anthony Wroten, Alan Anderson |
| October 26, at 3:30 P.M. | Charles Watson Jr., Ronald Glen Davis, Melvin Ely |
| October 27, at 10:00 A.M. | Christopher Douglas-Roberts, Gregory Smith |
| October 27, at 2:00 P.M. | Anthony Allen, Desiree Allen, William Bynum |
| October 28, at 10:00 A.M. | Ruben Patterson, Sebastian Telfair, Darius Miles |
| October 28, at 11:00 A.M. | Eddie Robinson, Terrence Williams |
| November 1, at 11:30 A.M. | Jamario Moon, Milton Palacio, Antoine Wright |

    The Government has not received responses regarding scheduling conflicts from counsel for Terrence Williams, Alan Anderson, Ronald Glen Davis, and Ruben Patterson. Christopher Douglas-Roberts is currently abroad, but the Government anticipates that he will voluntarily surrender in the near term. Accordingly, the Government has added Williams, Anderson, Davis,

October 15, 2021
Page 2

Patterson, and Douglas-Roberts to the proposed schedule without knowledge of any scheduling conflicts that they or their counsel may have.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    /s/
        Kristy J. Greenberg
        Ryan B. Finkel
        Assistant United States Attorneys
        (212) 637-2469/6612