

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

October 21, 2021

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Williams, et al.* **21 Cr. 603 (VEC)**

Dear Judge Caproni:

    The Government writes pursuant to the Court's order dated October 20, 2021 (the "Order").

    Each of the following defendants has counsel who has filed a notice of appearance on the docket: Anderson, A. Allen, D. Allen, Brown, Douglas-Roberts, Moon, Miles, Robinson, Smith, Telfair, Watson, and Wright. Accordingly, their awareness of the Order is presumed. *See* Local Civil R. 5.2(c); Local Crim. R. 1.1(b) (applying Civil Rule 5.2 to criminal cases).

    Each of the following defendants has provisionally appointed counsel, meaning that counsel has been assigned by the Magistrate Clerks, but the U.S. Magistrate Court for the Southern District of New York has not yet ordered their appointment as counsel: Davis, Ely, Williams, and Wroten. The Government has confirmed with these defense counsel that the Order has been provided by defense counsel to each of these defendants.

    Each of the following defendants has counsel in the process of being retained: Bynum and Palacio. The Government has confirmed with these defense counsel that the Order has been provided by defense counsel to each of these defendants.

    With respect to defendant Ruben Patterson, no counsel has contacted the Government nor has Patterson requested an appointment of counsel. The Government contacted Timothy Ivey, an assistant federal defender in the Northern District of Ohio who represented Patterson on the day of his arrest. Mr. Ivey informed the Government this morning that he would provide the Order to Patterson, but this evening, Mr. Ivey advised that he has been unable to reach Patterson. Mr. Ivey also stated today that Patterson had retained counsel but that Patterson did not identify the name of Patterson's retained attorney. In an abundance of caution, the Government asked the Magistrate Clerk's office to appoint CJA counsel for Patterson; the Magistrate Clerk's Office assigned Susan Kellman to be appointed as CJA counsel for Patterson on October 26, 2021. Today, Ms. Kellman informed the Government that she had contacted Patterson but was advised by Patterson that he had retained counsel, but that Patterson had declined to identify the name of his counsel. In order to comply with this Court's Order, the Government has asked agents from the Federal Bureau of

October 21, 2021
Page 2

Investigation to (i) personally serve the Order on Patterson tomorrow; and (ii) inform Patterson of the date, time and dial-in information for his remote presentment and arraignment currently scheduled in the U.S. Magistrate Court for the Southern District of New York on October 26, 2021 at 11:30 a.m.

It is the Government's expectation that all defendants will be presented and arraigned in the U.S. Magistrate Court in the Southern District of New York before their initial conferences before this Court.

Lastly, the Government and defendant Wroten request that his initial pretrial conference in this Court be scheduled for October 28 at 4:00 p.m. Counsel for defendants Robinson and Williams consent to moving their initial conferences from October 28 at 11:00 a.m. to October 28 at 4:00 p.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ____/s/_____
Kristy J. Greenberg
Ryan B. Finkel
Assistant United States Attorneys
(212) 637-2469/6612

---

Application GRANTED.

The initial status conferences are adjusted as follows:
1. The conference with Defendants Eddie Robinson and Terrence Williams, currently scheduled for Thursday, October 28, 2021 at 11:00 A.M., is hereby adjourned to **Thursday, October 28, 2021 at 4:00 P.M.**
2. Defendant Anthony Wroten, who is currently scheduled to appear on Tuesday, October 26, 2021 at 10:00 A.M., will appear instead alongside Defendants Eddie Robinson and Terrence Williams on **Thursday, October 28, 2021 at 4:00 P.M.**
3. The conference with Defendants Shannon Brown and Alan Anderson will remain on **Tuesday, October 26, 2021 at 10:00 A.M.**

SO ORDERED.

*[signature]*   Date: October 22, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE