USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                         **TRANSPORTATION ORDER**

                                                      21 Cr. 603 (VEC)

ANTHONY WROTEN,

        Defendant.
------------------------------------------------------X

Upon the application of ANTHONY WROTEN, by his attorney, CHRISTINE DELINCE, pursuant to 18 U.S.C. §4285, and upon a finding of indigence and in the interests of justice, it is hereby ORDERED that the United States Marshals Service furnish Anthony Wroten with funds to cover the cost of round-trip airfare between Seattle, Washington, and Queens, New York, in advance of his upcoming court appearance of Thursday October 28, 2021 at 3:30 PM, arriving no later than Wednesday, October 27, 2021 at 11:00 PM; and it is hereby further ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service.

**SO ORDERED:**

_____
Hon. Valerie E. Caproni
United States District Judge

Dated: October __22__, 2021
       New York, New York