

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2021

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. Williams, et al.* **21 Cr. 603 (VEC)**

Dear Judge Caproni:

  The Government writes further to its October 21, 2021 letter.

  On Friday, October 22, 2021, the Government was contacted by counsel for Ruben Patterson who informed the Government that they were "in the process of being retained." That day, counsel confirmed they had provided Patterson the Court's October 20, 2021 order. Patterson's presentment and arraignment in this District are scheduled for October 26 in Magistrate Court.

  The Government is available to address any questions the Court may have.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney


      By:   /s/
        Kristy J. Greenberg
        Ryan B. Finkel
        Assistant United States Attorneys
        (212) 637-2469/6612