UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Wroten

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- ( )( )
603

Defendant ___TW___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

**X** Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer


___/s/ TW___
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Tony Wroten
Print Defendant's Name

___/s/ Christine Delince___
Defendant's Counsel's Signature

**Christine Delince**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___10/25/21___
Date

___/s/___
U.S. District Judge/U.S. Magistrate Judge