USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
            -against-                                          :     21-CR-603 (VEC)
                                                               :
                                                               :     ORDER
ANTHONY WROTEN,                                                :
                                    Defendant.                 :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on October 28, 2021, Mr. Wroten appeared for an initial status conference and for a bail modification hearing;

   IT IS HEREBY ORDERED that Mr. Wroten's personal recognizance bond is modified as follows:

   1. Mr. Wroten must provide a waiver of extradition in a format suitable to the Government;

   2. Mr. Wroten must surrender the passport of his child who has a passport;

   3. Mr. Wroten must provide agreements from the mothers of his two children without passports that they will not seek passports until this case is complete; and

   4. Paul and Chantel Patu, the parents of Mr. Wroten's girlfriend, must cosign his personal recognizance bond.

   IT IS FURTHER ORDERED that once the preceding four conditions are met, the Government must return Mr. Wroten's passport to him. At that point, Mr. Wroten's personal recognizance bond will be modified as follows:

   1. Travel restricted to SDNY, EDNY, the Western District of Washington, China, and points in between for travel only.

   2. Supervision by pretrial services only while Mr. Wroten is in the United States.

**SO ORDERED.**

**Date:  October 29, 2021**
       **New York, NY**

                                       **VALERIE CAPRONI**
                                       **United States District Judge**