USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
  UNITED STATES OF AMERICA                                        :
                                                                  :
              -against-                                           :        21-CR-603 (VEC)
                                                                  :
                                                                  :             ORDER
  TERRENCE WILLIAMS, et al.,                                      :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on November 11, 2021, the Court appointed Emma Greenwood as the

Coordinating Discovery Attorney ("CDA") in this matter, Dkt. 134;

        WHEREAS the CDA is required to provide monthly *ex parte* status reports depicting the

status of her work, *id.* at 3; and

        WHEREAS on February 10, 2022, the CDA filed the February *ex parte* status report with

the Court.

        IT IS HEREBY ORDERED that by no later than **Friday, February 18, 2022**, the

Government must provide a status report to the Court indicating the estimated timeline to

complete global productions and the anticipated volume of those productions.


**SO ORDERED.**

                                                    _____
**Date:  February 11, 2022**                              **VALERIE CAPRONI**
       **New York, NY**                             **United States District Judge**