```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -  X
                                       :
UNITED STATES OF AMERICA               :
                                       :   UNSEALING ORDER
              - v. -                   :
                                       :   S3 21 Cr. 603 (VEC)
TERRENCE WILLIAMS,                     :
AAMIR WAHAB,                           :
WILLIAM WASHINGTON,                    :
ALAN ANDERSON,                         :
KEYON DOOLING,                         :
ANTHONY ALLEN,                         :
DESIREE ALLEN,                         :
SHANNON BROWN,                         :
WILLIAM BYNUM,                         :
RONALD GLEN DAVIS,                     :
CHRISTOPHER DOUGLAS-ROBERTS,           :
   a/k/a "Supreme Bey,"                :
JAMARIO MOON,                          :
DARIUS MILES,                          :
MILTON PALACIO,                        :
RUBEN PATTERSON,                       :
EDDIE ROBINSON,                        :
SEBASTIAN TELFAIR,                     :
CHARLES WATSON JR., and                :
ANTHONY WROTEN,                        :
                                       :
              Defendants.              :
- - - - - - - - - - - - - - - - - - -  X
```

Upon application of the United States of America, by and through Assistant United States Attorneys Ryan B. Finkel, Kristy J. Greenberg, it is hereby ORDERED that Superseding

Indictment S3 21 Cr. 603 (VEC), which was filed under seal on April 25, 2022, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
     April 27, 2022

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK