# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue / White Plains, New York 10601

May 1, 2022

**BY ECF AND EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

    RE:   *United States v. Terrence Williams, et al.* **21-cr-603 (VEC)**

Dear Judge Caproni:

    I represent Glen Davis, and in response to Your Honor's April 27, 2022 Order, this letter is written on behalf of all the defendants and their counsel. We have agreed among ourselves to the following video arraignment schedule on May 9, 2022:

| 10:00 AM | 10:30 AM |
|---|---|
| Anthony Wroten | Sebastian Telfair |
| Charles Watson, Jr. | Milton Palacio |
| Ruben Patterson | Terrence Williams |
| Jamario Moon | Christopher Douglas-Roberts |

| 3:00 PM | 3:30 PM |
|---|---|
| Alan Anderson | William Bynum |
| Anthony Allen | Eddie Robinson |
| Desiree Allen | Darius Miles |
| Ronald Glen Davis | Shannon Brown |

    Thank you for your consideration.

                                        Respectfully submitted,

                                        Jill R. Shellow

cc:    All Counsel (by ECF and EMAIL)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC