# LAW OFFICES OF JILL R. SHELLOW



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/02/2022

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue / White Plains, New York 10601

**MEMO ENDORSED**

May 1, 2022

**BY ECF AND EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

RE: *United States v. Terrence Williams, et al.* 21-cr-603 (VEC)

Dear Judge Caproni:

I represent Glen Davis, and in response to Your Honor's April 27, 2022 Order, this letter is written on behalf of all the defendants and their counsel. We have agreed among ourselves to the following video arraignment schedule on May 9, 2022:

| 10:00 AM | 10:30 AM |
|---|---|
| Anthony Wroten | Sebastian Telfair |
| Charles Watson, Jr. | Milton Palacio |
| Ruben Patterson | Terrence Williams |
| Jamario Moon | Christopher Douglas-Roberts |

| 3:00 PM | 3:30 PM |
|---|---|
| Alan Anderson | William Bynum |
| Anthony Allen | Eddie Robinson |
| Desiree Allen | Darius Miles |
| Ronald Glen Davis | Shannon Brown |

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:     All Counsel (by ECF and EMAIL)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC

The video arraignments will be held on **Monday, May 9, 2022** with the Defendants as follows:
-**10:00 A.M.:** Anthony Wroten, Charles Watson, Jr., Ruben Patterson, Jamario Moon
-**10:30 A.M.:** Sebastian Telfair, Milton Palacio, Christopher Douglas-Roberts
-**3:00 P.M.:** Alan Anderson, Anthony Allen, Desiree Allen, Ronald Glen Davis
-**3:30 P.M.:** William Bynum, Eddie Robinson, Darius Miles, Shannon Brown

Chambers will email counsel a link to the proceedings in advance of the conference. Counsel must share the links with their clients and ensure that they can access the proceeding. Any interested members of the public may attend by dialing 929-205-6099, using the Meeting ID 814 5195 7208, and the pass code 166211. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

The Court reminds Defense counsel that if the Defendants would like to appear at their arraignments via video and not in person, their waivers of in person appearance are due no later than **Wednesday, May 4, 2022**. *See* Order, Dkt. 226.

SO ORDERED.

Date: May 2, 2022
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE