March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Anthony Wroten

                Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 603 (__)(__)

Defendant __Anthony Wroten__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Anthony Wroten (cd)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Anthony Wroten**
Print Defendant's Name

[signature]
Defense Counsel's Signature

**Christine Delince**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

5/5/22
Date

_____
U.S. District Judge/U.S. Magistrate Judge