USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA

                -against-                         21-CR-603 (VEC)

                                                ORDER
    ANTHONY WROTEN,
                               Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 3, 2022, the parties requested that the Court schedule a change-of-plea hearing; and

       WHEREAS Mr. Wroten requested that the Court schedule a remote proceeding.

       IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Tuesday, June 28, 2022 at 2:45 P.M.**

       IT IS FURTHER ORDERED that Mr. Wroten's request that the Court schedule a remote proceeding is denied.  The change-of-plea proceeding will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:  June 3, 2022**
        **New York, NY**

                                                            **VALERIE CAPRONI**
                                                             **United States District Judge**