

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com   t 646.375.2119   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   t 646.375.2117   c 917.238.9332

<u>Via ECF</u>
Hon. Valerie E. Caproni
United States District Court Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Wroten 21 Cr. 603 (VEC)

Dear Judge Caproni:

     Anthony Wroten is currently scheduled to take a plea on June 28, 2022. However, I have been informed that Mr. Wroten is scheduled to have surgery on June 24, 2022. According to his physician, he will be unable to travel for at least one month (Exhibit A). I am therefore requesting that his plea conference be adjourned to the week of August 1, 2022.

     I have consulted with the government, and they have no objection. The government is available the week of August 1, except for the afternoon of August 3, 2022.

DATED:      NEW YORK, NEW YORK

            June 15, 2022                                          RESPECTFULLY SUBMITTED,

                                                                                   *Christine Delince*

                                                                                  Christine Delince, Esq.