

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com  t 646.375.2119  c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  t 646.375.2117  c 917.238.9332

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/2022

<u>Via ECF</u>
Hon. Valerie E. Caproni
United States District Court Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Wroten 21 Cr. 603 (VEC)



Dear Judge Caproni:

    Anthony Wroten is currently scheduled to take a plea on June 28, 2022. However, I have been informed that Mr. Wroten is scheduled to have surgery on June 24, 2022. According to his physician, he will be unable to travel for at least one month (Exhibit A). I am therefore requesting that his plea conference be adjourned to the week of August 1, 2022.

    I have consulted with the government, and they have no objection. The government is available the week of August 1, except for the afternoon of August 3, 2022.

DATED:   NEW YORK, NEW YORK

        June 15, 2022                         RESPECTFULLY SUBMITTED,

                                                                                                                      *Christine Delince*

                                                                                                                Christine Delince, Esq.



| BELLEVUE | ISSAQUAH | REDMOND |
|---|---|---|
| 1231 116th Ave NE | 510 8th Ave NE | 18100 NE Union Hill Rd |
| Suite 750 | Suite 200 | Suite 330 |
| Bellevue, WA 98004 | Issaquah, WA 98029 | Redmond, WA 98052 |
| (425) 455-3600 PHONE | (425) 392-3030 PHONE | (425) 392-3030 PHONE |
| (425) 455-3920 FAX | (425) 392-2564 FAX | (425) 497-9084 FAX |

# HEALTH CERTIFICATE

6/14/2022

To Whom It May Concern:

I certify that Anthony Leon Wroten has been under my professional care:

Please excuse Anthony from his court date due to an injury and surgery that will be performed on 06/24/22. He will need 9 months to recover completely. He will be unable to travel for one month post surgery and will be partial weightbearing on his extremity with crutches for the first 3 weeks of recovery.

If you have any questions please feel free to call my office at 425-455-3600

*Dayne Mickelson*

**Dayne Mickelson, MD**
Orthopedic Surgeon & Sports Medicine Specialist
Proliance Orthopaedics and Sports Medicine

Application GRANTED.  Mr. Wroten's change of plea proceeding, currently scheduled for Tuesday, June 28, 2022 at 2:45 P.M., is adjourned to **Tuesday, August 2, 2022 at 2:00 P.M.**  The change-of-plea proceeding will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Date: June 16, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE