

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com  t 646.375.2119   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   t 646.375.2117   c 917.238.9332

<u>Via ECF</u>
Hon. Valerie E. Caproni
United States District Court Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Wroten 21 Cr. 603 (VEC)

Dear Judge Caproni:

    The Court previously permitted Mr. Wroten to have and use his passport for work once certain conditions were met, including sending his son's passport to pretrial services. Mr. Wroten has since come back to the United States and as of yesterday, his passport was returned to pretrial services. Mr. Wroten therefore requests that his son's passport be returned to Hailee Jackson, his son's mother.

    I have consulted with the government, and they have no objection.

DATED:    NEW YORK, NEW YORK                                    Respectfully Submitted,

          June 23, 2022                                                        _____

                                                                     Christine Delince, Esq.

So Ordered:

_____