

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com   t 646.375.2119   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   t 646.375.2117   c 917.238.9332

Via ECF
Hon. Valerie E. Caproni
United States District Court Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/27/22
```

Re: United States v. Wroten 21 Cr. 603 (VEC)

Dear Judge Caproni:

**MEMO ENDORSED**

    The Court previously permitted Mr. Wroten to have and use his passport for work once certain conditions were met, including sending his son's passport to pretrial services. Mr. Wroten has since come back to the United States and as of yesterday, his passport was returned to pretrial services. Mr. Wroten therefore requests that his son's passport be returned to Hailee Jackson, his son's mother.

    I have consulted with the government, and they have no objection.

DATED:   NEW YORK, NEW YORK

           June 23, 2022

Respectfully Submitted,

_/s/ Christine Delince_____

Christine Delince, Esq.

So Ordered:

_____

Application GRANTED.

SO ORDERED.

_/s/ Valerie Caproni_   06/27/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

116 West 23rd Street, 5th Fl, NY 10011   f 646 677 6918   w eocdlaw.com   facebook.com/OnaodowanDelince   twitter.com/OandDLaw