```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/02/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
           -against-                                     :       21-CR-603 (VEC)
                                                               :
                                                               :              ORDER
ANTHONY WROTEN,                                                :
                             Defendant.        :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 2, 2022, the parties appeared for a change of plea hearing;

    WHEREAS Mr. Wroten entered a plea of guilty to conspiracy to commit health care fraud (Count 1), which was accepted by the Court.

    IT IS HEREBY ORDERED that Mr. Wroten will be sentenced on **Monday, November 28, 2022, at 10:30 A.M.**  Pre-sentencing submissions are due no later than **Monday, November 14, 2022**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  August 2, 2022**
      **New York, NY**

                                                  **VALERIE CAPRONI**
                                              **United States District Judge**