USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2022

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATESOF AMERICA

TRANSPORTATION ORDER

-against-

21 Cr. 603 (VEC)

ANTHONY WROTEN.

Defendant.

---------------------------------------------------------X

Upon the application of ANTHONY WROTEN by his attorney, CHRISTINE DELINCE, pursuant to 18 U.S.C. §4285, and upon a finding of indigence and in the interests of justice, it is hereby ORDERED that the United States Marshals Service furnish ANTHONY WROTEN with funds to cover the cost of a one way flight from Seattle, Washington to Queens, New York, in advance of his court appearance of November 28, 2022 at 10:00 AM, arriving no later than November 27, 2022 at 10:00 PM; and it is hereby further ORDERED that the aforesaid expenses shall be paid for by the United States Marshals Service.

SO ORDERED:

Valerie Caproni ____________________ 10/11/2022

Hon. Valerie E. Caproni