USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                                      :
:
        -against-                                       :       21-CR-603 (VEC)
:
:       ORDER
ANTHONY WROTEN,                                               :
                                Defendant.               :
:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a sentencing hearing in this matter is currently scheduled for November 28, 2022; and

    WHEREAS this time is no longer convenient for the Court.

    IT IS HEREBY ORDERED that the sentencing hearing in this matter is rescheduled for **Tuesday, December 6, 2022, at 11:00 A.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. The parties' pre-sentencing submissions will be due no later than **November 18, 2022**.

**SO ORDERED.**

Date:  November 7, 2022
         New York, NY

                                              **VALERIE CAPRONI**
                                             **United States District Judge**