USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-                      **TRANSPORTATION ORDER**

**21 Cr. 603 (VEC)**

ANTHONY WROTEN,

    Defendant.
--------------------------------------------------------X

Upon the application of ANTHONY WROTEN, by his attorney, CHRISTINE DELINCE, pursuant to 18 U.S.C. §4285, and upon a finding of indigence and in the interests of justice, it is hereby ORDERED that the United States Marshals Service furnish Anthony Wroten with funds to cover the cost of ~~round-trip~~ *one-way* airfare between Seattle, Washington, and Queens, New York, in advance of his upcoming court appearance of Tuesday, December 6, 2022 at 11:00 AM, arriving no later than Monday, December 5, 2022 at 11:00 PM; and it is hereby further ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service.

Defense counsel is hereby authorized to seek reimbursement for Mr. Wroten's return flight through CJA funding.

SO ORDERED:

_____
Hon. Valerie E. Caproni
United States District Judge

Dated: __November 10__, 2022
       New York, New York