USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ANTHONY WROTEN

                    Defendant.

------------------------------------------------------X

21 Cr. 603 (VEC)

IT IS HEREBY ORDERED that:

Pretrial Services in the Southern District of New York return Anthony Wroten's passport to him. Pretrial Services is directed to mail the passport to Mr. Wroten's home address in Renton, Washington. However, if it can be arranged, the passport can also be returned to Mr. Wroten in person at the Pretrial Services office, located at 500 Pearl Street, New York, New York 10007.

SO ORDERED:

_____
Valerie Caproni
United States District Court Judge

Dated: December  6 , 2022