

**The Law Offices of**
**O&D**
**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com  **c** 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  **c** 917.238.9332

## MEMO ENDORSED

September 24, 2024

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2024
```

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Anthony Wroten 21 Cr. 603 (VEC)</u>

Dear Judge Caproni:

      I represent the above-named defendant, a former NBA player and current professional basketball player. On December 6, 2022, Mr. Wroten was sentenced to time served and three years of supervised release. Mr. Wroten currently has a signed contract to play professional basketball with CLUB SOCIAL y DEPORTIVO URUPAN in Uruguay. He is scheduled to leave on September 26, 2024.

      To date, Mr. Wroten has not received any violations while on probation. In addition, playing professional basketball overseas is one of the few ways Mr. Wroten can support himself. I therefore respectfully request that the Court allow Mr. Wroten to travel from Seattle, Washington to Montevideo, Uruguay, and all points in-between, from September 26, 2024, until the end of the basketball season, including any playoff games. The regular season ends in the beginning of March 2025 and the playoff season ends at the end of March 2025. Mr. Wroten also asks for permission to travel within the country of Uruguay for his team's various basketball games throughout the season.

      I have consulted with the government, and they have no objection. I have consulted with Mr. Wroten's probation officer Natalia Malec and she defers to the Court.

Respectfully Submitted,

*Christine Delince*

Christine Delince, Esq.

Application GRANTED.

SO ORDERED.

*Valerie Caproni*    9/25/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE